## (C.D. 4441)

NICHOLAS & CO., INC. *v.* UNITED STATES

Court No. 65/19319

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.

## (C.D. 4442)

PISTORINO & COMPANY, INC. *v.* UNITED STATES

Court No. 67/65473

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sander*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.